UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **ERICA CARDENAS, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**DEALSTRUCK CAPITAL LLC, a Delaware company,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-24374-FAM<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action.

I received the following documents on November 12, 2024, at 3:39 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Dealstruck Capital LLC in New Castle County, DE on November 13, 2024 at 9:51 am at 1209 Orange St, Wilmington, DE 19801 by leaving the following documents with Robin Hutt-Banks who as Intake specialist at CT Corp is authorized by appointment or by law to receive service of process for Dealstruck Capital LLC.

Summons
Litigation Hold Letter
Cover Sheet
Complaint

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to an employee of the registered agent company pursuant to F.S. 48.062(1)

Black or African American Female, est. age 55-64, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7483204538,-75.5475270935
Photograph: See Exhibit 1

Total Cost: $205.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Chester County, PA on 11/17/2024.

*/s/ Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715
113 e miner st, Apt 2, West Chester, PA 19382





