UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ERICA CARDENAS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DEALSTRUCK CAPITAL LLC**, a Delaware company,<br><br>*Defendant.* | Case No. 1:24-cv-24374-FAM<br><br>**CLASS ACTION** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Dealstruck Capital's motion includes blatant misrepresentations to the Court. After requesting and obtaining two separate extensions of time to respond to Plaintiff's discovery, on April 4, 2025, Defendant's counsel Steven Brotman called Plaintiff's counsel at 10:05 am and stated that if Plaintiff did not agree to settle the case, Mr. Brotman would be filing a motion to withdraw and that no counsel would be appearing in his place after the withdrawal. In response, Plaintiff's counsel stated that Plaintiff would oppose any motion to withdraw.

Mr. Brotman did not request an extension to respond to Plaintiff's discovery during the call, and did not make any attempt to confer with Plaintiff's counsel thereafter. In fact, during the call during which Mr. Brotman threatened to withdraw and have the Defendant intentionally default there was absolutely no discussion whatsoever regarding Defendant's discovery responses.

Mr. Brotman should be sanctioned. The Court cannot accept these kind of practices from counsel.

And Defendant's request for an extension should likewise be denied because the any further extension than the two Plaintiff has already agreed to will prejudice Plaintiff given the

1

current case schedule that includes an April 22, 2025 deadline to disclose experts and May 30, 2025 deadline to move for class certification.

DATED April, 2025.                    Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
**Coleman PLLC**
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
law@stefancoleman.com
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Classes*