**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ERICA CARDENAS,

      Plaintiff,

v.

DEALSTRUCK CAPITAL LLC,

      Defendant.

Case No. 1:24-cv-24374-FAM

CLASS ACTION

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant Dealstruck Capital LLC, by and through the undersigned counsel, respectfully submits its reply in support of its motion to extend the time for Defendant to respond to Plaintiff Erica Cardenas' pending Discovery Requests by two weeks up to and including April 18, 2025, and states as follows:

1. Defendant and their counsel continue to require an extension of time to respond to Plaintiff's discovery requests as its investigation into the alleged communications with Plaintiff remains ongoing. The parties also remain engaged in settlement negotiations.

2. The purpose of this reply, however, is to address the representations made by Plaintiff in her Response to Defendant's Motion for Extension of Time. Doc. 14

3. Namely, Plaintiff has asserted the Defendant's motion for extension "include blatant misrepresentations to the Court." Response, ¶ 1. After further conferring with Plaintiff's counsel, this bold accusation appears to concern Defendant's representation that "Defendant conferred with counsel for Plaintiff regarding the relief sought in this Motion and Plaintiff indicated they oppose the relief sought herein." There appears to be no misunderstanding regarding Plaintiff's opposition, but, instead, Plaintiff disputes that Defendant properly conferred.

4. As indicated in Defendant's motion for extension of time, and acknowledged in Plaintiff's opposition, the parties conferred regarding an extension of time to respond to Plaintiff's discovery requests on multiple occasions. In fact, Plaintiff specifically references that Defendant requested, and the parties agreed to, two separate extensions of time to respond to Plaintiff's discovery. Response, ¶ 1.

5. Specifically, the parties conferred in writing regarding Defendant's requests for additional time on March 12, March 13 and March 28. The undersigned initially requested 30 days, which Defendant denied. The undersigned then requested 20 days, which the Defendant denied. And, ultimately, an agreement was reached on 14 days.

6. Approaching the conclusion of that 14-day period, Defendant again requested additional time. And Plaintiff only agreed to an additional extension of 4 days. In all, the parties agreed to extend the initial deadline by 18 days.

7. Based on these written attempts to reach an agreement, along with discussions via telephone, the undersigned understood that Plaintiff did not agree to any additional time. Again, there appears to be no dispute regarding that understanding. Instead, Plaintiff laments that Defendant did not continue its efforts to confer further. Nonetheless, the assertion that Defendant conferred with Plaintiff regarding the relief sought in the motion – additional time to respond to Plaintiff's discovery requests – is indisputably accurate and confirmed by Plaintiff's opposition.

WHEREFORE, Defendant Dealstruck Capital, LLC respectfully requests an extension of time to respond to Plaintiff's Discovery up to and including April 18, 2025.

Dated: April 11, 2025

**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Telephone: 561-833-7700

Facsimile:   561-655-8719

By: */s/ Steven J. Brotman*
Steven J. Brotman
Florida Bar Number: 85750
steven.brotman@lockelord.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy of the foregoing has been served on April 11, 2025 via the Court's ECF system to all counsel of record.

*/s/ Steven J. Brotman*
Steven J. Brotman

3