UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ERICA CARDENAS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DEALSTRUCK CAPITAL LLC**, a Delaware company,<br><br>*Defendant.* | Case No. 1:24-cv-24374-FAM<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cardenas and Defendant Dealstruck Capital, LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 9th day of May, 2025.    Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
**Coleman PLLC**
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
law@stefancoleman.com
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Classes*

**LOCKE LORD LLP**
777 South Flagler Drive

1

Suite 215 East Tower
West Palm Beach, Florida 33401
Tel.: (561) 833-7700
Fax: (561) 655-8719
By: */s/ Steven J. Brotman*
Steven J. Brotman
Florida Bar No. 85750
steven.brotman@lockelord.com

*Counsel for Defendant Dealstruck Capital LLC*